```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02637
    RICHARD E CALLOWAY
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2794


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/06/08 .

    2.  The case was dismissed without confirmation, 03/28/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
WILSHIRE CREDIT CORP       CURRENT MORTG          .00           .00           .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE   NOT FILED            .00           .00
AMERICAN HONDA FINANCE C   SECURED VEHIC         .00            .00           .00
GSAC                       UNSECURED       NOT FILED            .00           .00
SILVERSAND PHOTOGRAPHY     UNSECURED       NOT FILED            .00           .00
AT & T SERVICES            UNSECURED       NOT FILED            .00           .00
CHARTER ONE BANK           UNSECURED       NOT FILED            .00           .00
HARRIS TRUST & SAVINGS B   UNSECURED       NOT FILED            .00           .00
COLLECT SPECIALISTS INC    UNSECURED       NOT FILED            .00           .00
CREDITORS DISCOUNT & AUD   UNSECURED       NOT FILED            .00           .00
MARLENE ADAMS DDS          UNSECURED       NOT FILED            .00           .00
ADVENTIST HINSDALE HOSPI   UNSECURED       NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED            .00           .00
EDWARD HOSPITAL            UNSECURED       NOT FILED            .00           .00
SPRINT                     UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
PLAINS COMMERCE BANK       UNSECURED       NOT FILED            .00           .00
QUINLAN FABISH             UNSECURED       NOT FILED            .00           .00
SPRINT NEXTEL              UNSECURED       NOT FILED            .00           .00
TCF BANK                   UNSECURED       NOT FILED            .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID

ADV NTWK SYS               UNSECURED       NOT FILED            .00           .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED            .00           .00
UNITED CONSUMER FINANCIA   UNSECURED       NOT FILED            .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00       .00           .00         .00           .00
PRINCIPAL PAID        .00       .00           .00         .00           .00
INTEREST PAID         .00       .00           .00         .00           .00
TOTAL PAID            .00       .00           .00         .00           .00
```

The Debtor's attorney, PRO SE DEBTOR          , was allowed $      .00 and was paid $     .00 .

The Trustee received $     .00 .

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 06/25/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE